IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**GREGORY PAPPAS,**

    Petitioner,

v.                                  Case No.  3:14cv564-LC/CAS

**JULIE L. JONES, Secretary,
Department of Corrections,**

    Respondent.
_____/

## ORDER

    This cause comes on for consideration upon the Report and Recommendation of the United States Magistrate Judge (ECF No. 30) dated March 21, 2017, recommending that the third amended petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 be denied.  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections. I have made a de novo determination of the timely filed objections.

    Having considered the report and recommendation, and the objections thereto, I have determined that the report and recommendation should be adopted.

    Accordingly, it is **ORDERED** as follows:

1.  The Report and Recommendation (ECF No. 30) is adopted and incorporated by reference in this order.

2.  The petition for writ of habeas corpus filed by Petitioner Pappas pursuant to 28 U.S.C. § 2254 is **DENIED**.  A certificate of appealability and leave to appeal in forma pauperis is also **DENIED**.

3.  The Clerk shall enter judgment and close the file.

**DONE AND ORDERED** this 31st day of March, 2017.

> s/ *L.A. Collier*
> LACEY A. COLLIER
> Senior United States District Judge